MICHAEL JASON LEE (Bar No. 206110)
Email: michael@mjllaw.com
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984
Facsimile: (858) 550-9985

DAVID D. MESA (Bar No. 257488)
Email: david.mesa@fisherbroyles.com
**FISHERBROYLES, LLP**
530 Lytton Avenue, Second Floor
Palo Alto, CA 94301
Telephone: (415) 915-4415
Facsimile: (415) 890-4845

Attorneys for Applicant
CORE COMPASS LIMITED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| *In re* Application of:<br><br>CORE COMPASS LIMITED<br><br>　　　　Applicant<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents Under 28 U.S.C. § 1782 to EDYL Management LLC and Paul Lyden for Use in Foreign Proceedings | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL CIVIL RULE 40.2** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, Core Compass Limited, by and through its counsel, hereby discloses that:

Core Compass Limited hereby discloses that (i) it is privately owned, (ii) it does not have a parent corporation, and (iii) no publicly held corporation owns 10% or more of its stock.

DATED:   April 18, 2023

**LAW OFFICES OF MICHAEL JASON LEE, APLC**

By: */s/ Michael Jason Lee*
    Michael Jason Lee
    Attorney for Applicant
    CORE COMPASS LIMITED