UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF CORE COMPASS LIMITED,<br><br>                      Applicant,<br><br>for the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents Under 28 U.S.C. § 1782 to EDYL Management LLC and Paul Lyden for Use in Foreign Proceedings. | Case No.: 23-mc-735<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION TO CONDUCT DISCOVERY** |

      Pending before the Court is Applicant Core Compass Limited's application for issuance of a subpoena pursuant to 28 U.S.C. § 1782. On June 30, 2023, United States Magistrate Judge Bernard G. Skomal filed a Report and Recommendation for an order granting the application.[1] (ECF No. 3.)[2] Judge Skomal set July 17, 2023, as the deadline for any party to file an objection to the Report and Recommendation. (R. & R. at 9.) No party filed an objection.

---

[1] The chambers of the undersigned district judge received notice of the filed report and recommendation by electronic notification on October 19, 2023.
[2] *In re Core Compass Ltd.*, No. 23-mc-735, 2023 WL 4290061 (S.D. Cal. June 30, 2023).

"[A] magistrate judge may not issue binding rulings on case-dispositive matters without the parties' consent." *CPC Patent Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807 (9th Cir. 2022). The Ninth Circuit has held that an application to conduct discovery under 28 U.S.C. § 1782 is a case-dispositive matter. *Id.* at 807–08. Thus, the magistrate judge may issue a report and recommendation on such a motion subject to the de novo review of the district judge. *See* 28 U.S.C. § 636(b)(1)(B).

"A district judge 'may accept, reject, or modify'" a magistrate judge's recommended disposition. *In re Oh*, No. 22-mc-1649-DMS-DDL, 2023 WL 4047588, at *1 (S.D. Cal. Apr. 28, 2023) (quoting Fed. R. Civ. P. 72(b)). "The district judge must 'make a de novo determination of those portions of the report . . . to which objection is made.'" *Campuzano v. Comm'r of Soc. Sec.*, No. 20-CV-721-WQH-WVG, 2021 WL 3848164 (S.D. Cal. Aug. 27, 2021) (quoting 28 U.S.C. § 636(b)(1)). "However, the district judge need not review de novo those portions of a report and recommendation" to which no party objects. *Lisa D. v. Kijakazi*, No. 22-CV-00695-DMS-MSB, 2023 WL 5836983 (S.D. Cal. Sept. 8, 2023).

The Court has reviewed the Application and the Report and Recommendation. The Court finds the Report and Recommendation to be correct, well-reasoned, and thorough, and **ADOPTS** it in every respect. Accordingly, for the reasons stated in the Report and Recommendation, the Court **GRANTS** the application to conduct discovery. Applicant may subpoena EDYL Management LLC (EDYL) and Paul Lyden to produce documents and testify at deposition.

**IT IS SO ORDERED**.

Dated:  October 27, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court